# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

S.A.E.A., *individually and as parent and next friend to her minor children, et al.*

                Petitioners,

     v.

LAURA HERMOSILLO, *et al.*

                Respondents.

Case No. 3:26-cv-00072-SLG

## ORDER ON EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Before the Court at Docket 3 is Petitioners S.A.E.A., A.A.E.A., C.I.C.E., and M.M.E.A.'s Emergency Motion for Temporary Restraining Order. Having carefully reviewed the motion and the underlying Petition, IT IS ORDERED that the motion for an immediate temporary restraining order prohibiting Respondents from transferring Petitioners outside Alaska pending adjudication of the habeas petition and/or ordering immediate release of Petitioners from Respondents' custody under reasonable circumstances is DENIED. Petitioners have not demonstrated a sufficient likelihood of success on the merits of their habeas petition; nor have they demonstrated irreparable harm in the absence of a temporary restraining order so as to warrant this emergency relief without notice to Respondents, and particularly without notice to Respondents.

DATED this 17th day of February, 2026, at Anchorage, Alaska.

                                              */s/ Sharon L. Gleason*
                                              UNITED STATES DISTRICT JUDGE